of Appeals granted. [See *ante*, p. 166.] Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

MARGARET HELEN KERR, as Administratrix, etc., of THOMAS NESBIT KERR, Deceased, v. ST. LUKE'S HOSPITAL and Another.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See *ante*, p. 822.] Motion for a stay granted in so far as to stay entry of judgment by default pending the determination of said appeal by the Court of Appeals. Present — Martin, P. J., O'Malley, Townley, Glennon and Cohn, JJ.

(June 28, 1941.)

In the Matter of the Application of DOLLAR SAVINGS BANK OF THE CITY OF NEW YORK, the Holder of a First Mortgage on the Premises No. 1652 Washington Avenue, Borough of the Bronx, etc., for an Order Pursuant to Section 1077 (c) of the Civil Practice Act. DOLLAR SAVINGS BANK. JESSE L. ROSENBERG and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ABRAHAM WILKES v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of Supplementary Proceedings of: CARL SHERMAN and Others v. FRANK COHEN. EMPIRE ORDNANCE CORPORATION.— Motion for reargument of motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

LORRAINE CHOUINARD MASCH v. DAVID MASCH.— Motion for reargument denied. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of SARAH M. AHERN and Others against LEWIS J. VALENTINE, as Chairman, and Others, as Members of the Board of Trustees of the Police Pension Fund, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of SOUND REALTY COMPANY against GEORGE P. NICHOLSON, as Corporation Counsel of the City of New York. WILLIAM C. CHANLER, Corporation Counsel of the City of New York. ANNIE MILLS and Another. SOUND REALTY COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of SOUND REALTY COMPANY against GEORGE P. NICHOLSON, as Corporation Counsel of the City of New York. WILLIAM C. CHANLER, Corporation Counsel of the City of New York. ANNIE MILLS and Another. SOUND REALTY COMPANY. VERNON PARKWAY EAST. VERNON PARKWAY NORTH. OSMAN PLACE.— Motion for reargument denied, with ten dollars costs. Present — Glennon, Untermyer, Dore and Callahan, JJ.

ANNIE MILLS and ANNA D. FITZ v. THE CITY OF NEW YORK and Others. SOUND REALTY COMPANY.— Motion for reargument denied with ten dollars costs. Present — Glennon, Untermyer, Dore and Callahan, JJ.